UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

CORY CALDWELL,

                        Plaintiff,

     vs                                             9:09-CV-580

GETTMANN, Corrections Officer; J. STOUT,
Medical Nurse; and WINSTON, Correctional
Officer, Upstate Correctional Facility, formerly
known as John Doe,

                        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

CORY CALDWELL
07-A-6900
Plaintiff, Pro Se
UpState Correctional Facility
PO Bo 2001
Malone, NY 12953

HON. ANDREW M. CUOMO                ADRIENNE J. KERWIN, ESQ.
Attorney General of the                    Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff, Cory Caldwell, commenced this civil rights action in May 2009, pursuant to

42 U.S.C. § 1983.  By Report-Recommendation dated July 23, 2010, the Honorable David E.

Peebles, United States Magistrate Judge, recommended that defendants' motion to dismiss

(Docket No. 17) be granted, in part, and that plaintiff's claims for negligence be dismissed

with prejudice, and that plaintiff's claims for medical indifference, including all claims against defendant J. Stout, be dismissed with leave to replead; and further recommended that defendants' motion to dismiss otherwise be denied.   No objections to the Report-Recommendation have been filed.

Based upon a careful review of the file, and the recommendations of Magistrate Judge Peebles, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendants' motion to dismiss (Docket No. 17) is GRANTED, in part;

2. Plaintiff's claims for negligence are DISMISSED with prejudice;

3. Plaintiff's claims for medical indifference, including all claims against defendant J. Stout, are DISMISSED with leave to replead;

4. Defendants' motion to dismiss otherwise is DENIED;

5. The file is returned to the Magistrate Judge for any further proceedings.

IT IS SO ORDERED.

Dated: August 27, 2010
       Utica, New York.

United States District Judge