UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CORY CALDWELL,

                                Plaintiff,

                                                            9:09-CV-580

        -v-

GETTMANN, Corrections Officer, and
WINSTON, Corrections Officer,

                                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

CORY CALDWELL, Pro Se
07-A-6900
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953

HON. ERIC T. SCHNEIDERMAN        ADRIENNE J. KERWIN, ESQ.
Attorney General for the State of New York    Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

     Plaintiff brought this action pursuant to 42 U.S.C. § 1983.  On March 2, 2012, the

Honorable David E. Peebles, United States Magistrate Judge, advised, by Report-

Recommendation, that defendants' motion for summary judgment be granted and plaintiff's

complaint be dismissed.  No objections to the Report-Recommendation were filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. <u>See</u> 28 U.S.C. 636(b)(1).

Therefore it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED; and

2. Plaintiff's complaint is DISMISSED.

The Clerk is directed to file a judgment dismissing the complaint and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: April 3, 2012
        Utica, New York.